[No. 43894-8-I.    Division One.    January 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. N.L.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05664-1, John M. Darrah, J., entered November 30, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43927-8-I.    Division One.    January 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY HUNZIKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-1-00455-9, Michael E. Rickert, J., entered December 3, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44127-2-I.    Division One.    January 3, 2000.]

*In the Matter of the Detention of* GILBERTO SOLIZ, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated July 3, 2000. Substitute opinion filed. See 101 Wn. App. 1062.

[No. 44842-1-I.    Division One.    January 3, 2000.]

. THE STATE OF WASHINGTON, *Respondent*, v. JAMES COSTELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05624-8, Douglas Smith, J. Pro Tem., entered June 17, 1999. *Reversed* by unpublished per curiam opinion.